| | |
|---|---|
| 1 | JAMES J. GALLAGHER (SBN 091238) |
| | jgallagher@mckennalong.com |
| 2 | VIRGINIA M. GOMEZ (SBN 244574) |
| | vgomez@mckennalong.com |
| 3 | MCKENNA LONG & ALDRIDGE LLP |
| | 300 South Grand Avenue, 14th Floor |
| 4 | Los Angeles, CA  90071-3124 |
| | Telephone:   (213) 688-1000 |
| 5 | Facsimile:    (213) 243-6330 |

E-FILED 04/13/10

Attorneys for Defendant
**PARSONS GLOBAL SERVICES INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AL-NUKHBA (ELITE) GENERAL CONTRACTING CO., <br><br>            Plaintiffs, <br><br>    v. <br><br> PARSONS GLOBAL SERVICES INC., a Delaware Corporation, and DOES 1 through 30, inclusive, <br><br>            Defendants. | Case No.:  CV 10-140-PSG (MANx) <br><br> [~~PROPOSED~~] **ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER** <br><br> **[NO HEARING REQUIRED]** <br><br> Trial Date: March 29, 2011 <br> Judge:     Hon. Philip S. Gutierrez <br> Ctrm:       790 <br><br> Magistrate:   Margaret A. Nagel <br><br> Complaint served:   December 11, 2009 |
| PARSONS GLOBAL SERVICES INC., a Delaware Corporation, <br><br>            Counter-Claimant, <br><br>    v. <br><br> AL-NUKHBA (ELITE) GENERAL CONTRACTING CO.; ROES 1 through 10, Inclusive, <br><br>            Counter-Defendants. | |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17736755.1

1   Plaintiff and Counter-Defendant, Al-Nukhba (Elite) General Contracting Co.
2   ("ANCO") and Defendant and Counter-Plaintiff, Parsons Global Services Inc.
3   ("Parsons"), having entered into the Stipulation for Protective Order, the Court
4   having ready and considered said Stipulation, and good cause being show therefore,

6   **IT IS ORDERED** that the Stipulation for Protective Order is hereby
7   approved and made the order of this Court.

9   Dated:      April 12, 2010            PHILIP S. GUTIERREZ
10                                         Honorable Philip S. Gutierrez
                                           United States District Court Judge