1  GLENN D. DASSOFF (SBN 096809)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  695 Town Center Drive
   Seventeenth Floor
3  Costa Mesa, CA 92626
   Telephone: (714) 688-6227
4  Facsimile: (714) 668-6437

E-FILED 02/11/11
JS-6

5  Attorneys for Plaintiff and Counter-Defendant
   Al-Nukhba (Elite) General Contracting Co.
6
7  JAMES J. GALLAGHER (SBN 091238)
   MCKENNA LONG & ALDRIDGE LLP
   300 South Grand Avenue, 14th Floor
8  Los Angeles, CA 90071-3124
   Telephone: (213) 243-6165
9  Facsimile: (213) 243-6330

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AL-NUKHBA (ELITE) GENERAL CONTRACTING CO., | CASE NO. NO. CV10-140 PSG (MANx) |
| Plaintiff, | [~~PROPOSED~~] ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE |
| v. | Hon. Philip S. Gutierrez |
| PARSONS GLOBAL SERVICES, INC., a Delaware Corporation, and DOES 1 through 30, inclusive, | Trial Date: March 29, 2011<br>CTRM: 790 |
| Defendant. | [STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE LODGED CONCURRENTLY HEREWITH] |
| PARSONS GLOBAL SERVICES, INC., a Delaware Corporation, | |
| Counter-Claimant, | |
| v. | |
| AL-NUKHBA (ELITE) GENERAL CONTRACTING CO., | |
| Counter-Defendant. | |

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER RE: DISMISSAL OF ACTION
WITH PREJUDICE NO. CV10-140 PSG (MANX)

LA:17809500.1

## ORDER

For good cause show, IT IS HEREBY ORDERED THAT:

1. The above-captioned action is DISMISSED with prejudice in accordance with the parties' settlement agreement.

2. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED this 11TH day of February, 2011.

Respectfully presented by:

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
GLENN D. DASSOFF
Attorneys for Plaintiff and Counter-Defendant
Al-Nukhba (Elite) General Contracting Co.

MCKENNA LONG & ALDRIDGE LLP

By: _____
James J. Gallagher
Attorneys for Defendant and Counter-Claimant
Parsons Global Services, Inc.